UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 10, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE EGUILUZ,

    Defendant.

Case No. 2:17-cr-00053-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JORGE EGUILUZ ,

Case No.  2:17-cr-00053-WBS  Charge 18 USC § 1349 , from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $   200,000

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_\_ (Other):

Issued at Sacramento, California on April 10, 2017 at 2:50 p.m.

By: _____

Magistrate Judge Edmund F. Brennan