PHILLIP A. TALBERT
United States Attorney
NIRAV DESAI
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE EGUILUZ, ET AL.,<br><br>Defendants. | Case No.: 2:17-CR-0053 JAM<br><br>**JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND**<br><br>[No Hearing Requested] |

Plaintiff United States of America and defendant Jorge Eguiluz (collectively, Movants), through their authorized representatives, hereby move for an order authorizing Defendant Eguiluz to deposit $239,914.00 into the Court's Deposit Fund (the Deposit) pending the outcome of this criminal prosecution.

With respect to Defendant Eguiluz, the Deposit does not constitute an admission of guilt to the counts charged in the indictment, nor an admission or agreement that he is obligated to pay, restitution, and/or criminal monetary penalties in the case. Further, by making the Deposit, Defendant Eguiluz does not waive any rights, or defenses, he possesses or may assert in the case, nor does the Deposit in any manner, implicate the Plaintiff's requirement to prove its case against Defendant Eguiluz beyond a reasonable doubt at trial. With respect to Plaintiff, the Deposit does not limit Plaintiff's ability: to supersede the existing indictment or make other charging decisions against Defendant; or, upon

1

Joint Motion for the Deposit of Funds; [Proposed] Order

conviction, to argue for criminal monetary penalties exceeding the Deposit amount.

This Motion is based on the following grounds: On April 6, 2017, a federal grand jury returned a sealed indictment charging Defendant Eguiluz with one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, three counts of wire fraud in violation of 18 U.S.C. § 1343, and one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), in connection with the submission of false invoices to victim companies referred to in the indictment as Company 1 and Company 2. The indictment was unsealed on April 10, 2017. ECF Nos. 1, 11-13.

The Movants thus agree that:

1. Defendant Eguiluz shall, within five days following the Court's order approving the Deposit, pay to the Clerk, United States District Court, $239,914.00 via cashier's check or money order.

2. Defendant Eguiluz shall make the check payable to the Clerk of Court, state his name and case number on the check and deliver the payment to the Clerk's office at 501 I Street, Suite 4-200, Sacramento, CA 95814. Defendant Eguiluz shall receive a receipt evidencing payment by the Clerk's office.

3. The Deposit shall remain in the Court's Deposit Fund pending the adjudication of this case against Defendant Eguiluz as set forth below, or upon further order of the Court. Defendant Eguiluz understands that this is not an interest-bearing account, but still desires to make the Deposit.

4. If the Defendant Eguiluz is convicted of any of the charged counts, the Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case. Defendant Eguiluz will not oppose the application of the Deposit towards the criminal monetary penalties entered against him.

5. If the Defendant Eguiluz is convicted, but appeals any part of the conviction or sentence, the Deposit shall remain in the Deposit Fund until the appeal is adjudicated.

6. If the Defendant Eguiluz is acquitted at trial, he may seek an order for the return of the Deposit. Plaintiff will not oppose the return of the Deposit to Defendant Eguiluz.

7. If the trial results in a hung jury, the Deposit shall remain in the Court's Deposit Fund for a period of 12 months. If Plaintiff seeks a retrial of Defendant Eguiluz within this time-period, the

Joint Motion for the Deposit of Funds; [Proposed] Order

Deposit shall remain in the Court's Deposit Fund and subject to the conditions stated herein.

Respectfully submitted,

FOR THE UNITED STATES:

Dated: September 7, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Nirav K. Desai

NIRAV DESAI
KURT A. DIDIER
Assistant United States Attorneys

FOR DEFENDANT JORGE EGUILUZ:

Dated: September 7, 2017

/s/ Jorge Eguiluz
(as authorized on September 7, 2017; original signature on file with Counsel for Def. Eguiluz)
JORGE EGUILUZ

APPROVED AS TO FORM AND CONTENT:

Dated: September 7, 2017

*/s/ Donald H. Heller*
(as authorized on September 7, 2017)
DONALD H. HELLER, ESQ.
Attorney for Defendant Jorge Eguiluz

APPROVED AS TO FORM:

Dated: August 15, 2017

/s/ Jeremy J. Donati
(as authorized on August 15, 2017)
JEREMY J. DONATI
Operations Supervisor, U.S. District Court

PHILLIP A. TALBERT
United States Attorney
NIRAV DESAI
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE EGUILUZ, ET AL.,<br><br>Defendants. | Case No.: 2:17-CR-0053 JAM<br><br>[~~Proposed~~] *JAM* ORDER ON JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND<br><br>[No Hearing Requested] |

**ORDER**

The Court, having reviewed the Court's files and the Movants' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Defendant Jorge Eguiluz shall PAY, within five days after the filing of this Order, $239,914.00 to the Clerk, United States District Court, via a cashier's check or money order.

2. The Clerk shall promptly DEPOSIT the $239,914.00 into the Court's Deposit Fund.

3. The deposit shall not be disbursed until further order of this Court.

IT IS SO ORDERED.

Dated: 9-7, 2017

HONORABLE JOHN A. MENDEZ
United States District Judge

4

Joint Motion for the Deposit of Funds; [Proposed] Order