DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Tel: (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

**ATTORNEYS FOR DEFENDANT**
**Jorge Eguiluz**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JORGE EGUILUZ,<br><br>Defendant. | CASE NO. 2:17-cr-00053-JAM<br><br>**STIPULATION TO MODIFYING TRAVEL RESTRICTIONS, TEMPORARY RELEASE OF PASSPORT AND PROPOSED ORDER** |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Nirav K. Desai, Esq., Assistant United States Attorney, and counsel for defendant Jorge Eguiluz, Donald H. Heller, Esq. that the restrictions on travel previously imposed upon the defendant be modified to permit the defendant to travel to and from the city of Acapulco, Country of Mexico and through connection cities in the Country of Mexico from his place of residence in Stockton, California from December 27, 2017 and returning to Stockton on January

1
**STIPULATION AND PROPOSED ORDER MODIFYING TRAVEL RESTRICTIONS**
**2:17-cr-00053-JAM**

4, 2018, for the purpose of a holiday visit with defendant Jorge Eguiluz's family residing in the Country of Mexico.

Mr. Heller had advised the defendant that the of the Notice to Defendant Being Released executed by the defendant on April 10, 2017, remains in full force and effect, specifically that it is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release, that the penalty for failing to appear is a term of 10 years consecutive to the term of imprisonment for any of the federal offenses charged in the Indictment and his wife and he are subject to the forfeiture of the sum of $200,000, the sum posted by both of them to secure the defendant's appearance. The defendant had advised Mr. Heller that he fully understands the consequences of failing to appear and will appear and is appreciative of the Government's willingness to entertain and agree to this stipulation.

It is further Stipulated that the United States Passport in the name of the Defendant, surrender by the Defendant to the United States District Court, presently in the possession of the Clerk of this Court, be returned by the United States District Court Clerk of this District in compliance with this Order and to be returned to the Clerk of the Court no later than January 5, 2018.

IT IS SO STIPULATED.

Dated:   December 18, 2017      DONALD H. HELLER,
                                A Law Corporation

                                 /s/ *Donald H. Heller*

                                DONALD H. HELLER
                                Attorney for Defendant
                                Jorge Eguiluz

| | |
|---|---|
| Dated: December 18, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Nirav K. Desai by Donald H. Heller with written authorization from Nirav K. Desai.*<br><br>NIRAV K. DESAI<br>Assistant U.S. Attorney<br>Attorney for the United States |

**PROPOSED ORDER**

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered that

1. The restrictions on travel previously imposed upon the defendant be modified to permit to and from the city of Acapulco, Country of Mexico and through connection cities in the Country of Mexico from his place of residence in Stockton, California from December 27, 2017 and returning to Stockton on January 4, 2018, for the purpose of a holiday visit with defendant Jorge Eguiluz's family residing in the Country of Mexico.

2. The United States Passport in the name of the Defendant, previously surrendered by the Defendant to the United States District Court, and presently in the possession of the Clerk of this Court, be delivered to the defendant in compliance with this Order at the Clerk's office during regular business hours and that said Passport be returned to the United States District Court Clerk in compliance with this Order no later than January 5, 2018.

Dated: December 18, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE