DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Tel: (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

**ATTORNEYS FOR DEFENDANT**
Jorge Eguiluz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JORGE EGUILUZ,<br><br>Defendant. | CASE NO. 2:17-cr-00053-JAM<br><br>STIPULATION TO MODIFYING TRAVEL RESTRICTIONS, TEMPORARY RELEASE OF PASSPORT AND ~~PROPOSED~~ ORDER |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Kevin C. Khasigian, Esq., Assistant United States Attorney, and Donald H. Heller, Esq., counsel for defendant Jorge Eguiluz, that the restrictions on travel previously imposed upon the defendant be modified to permit the defendant to travel to and from the city of Mexico City, Country of Mexico from his place of residence in Stockton, California Country of Mexico, through Phoenix, Arizona from December 22, 2018 and returning to Stockton on January 2, 2019, for the purpose of a holiday visit with defendant Jorge Eguiluz's family residing in the

Country of Mexico. [**Exhibit A**], Itinerary for said travel on American Airlines Attached].

Defendant Eguiluz on December 18, 2018 was granted a similar order modifying his travel to and from Mexico, and the release of his passport by the Hon. Deborah Barnes, United States Magistrate Judge (**Doc. 75**). The defendant received his passport from the Clerk of Court on December 19, 2017, (**Doc. 79**), and there after traveled to and from Mexico and returned his passport to the Clerk of the Court on January 4, 2018. (**Doc. 83**).

The has been advised by Mr. Heller and the defendant is aware of the Notice to Defendant Being Released executed by the defendant on April 10, 2017, remains in full force and effect, specifically that it is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release, that the penalty for failing to appear is a term of 10 years consecutive to the term of imprisonment for any of the federal offenses charged in the Indictment and that both he and his former wife, Estela Alfaro, are subject to the forfeiture of the sum of $200,000, the sum posted by both of them to secure the defendant's appearance.

Mr. Heller contacted United States Pretrial Services Office Steven Sheehan and advised Mr. Sheehan of this impending trip to Mexico. Defendant Eguiluz is not on Pretrial Services Supervision but was interviewed at the time of Mr. Eguiluz's voluntary surrender in January 2017 by Pretrial Service's Office Mike Evans. Mr. Sheehan has inherited the Eguiluz file. Mr. Sheehan has no objection to the this stipulation.

1 | The United States Passport in the name of the Defendant, previously surrendered by the Defendant to the United States District Court, and presently in the possession of the Clerk of this Court, be delivered to the defendant in compliance with this Order at the Clerk's office during regular business hours and that said Passport be returned to the United States District Court Clerk in compliance with this Order no later than January 3, 2019.

It is further Stipulated that the United States Passport in the name of the Defendant, surrender by the Defendant to the United States District Court, presently in the possession of the Clerk of this Court, be returned by the United States District Court Clerk of this District in compliance with this Order and to be returned to the Clerk of the Court no later than January 5, 2018.

**IT IS SO STIPULATED**.

Dated: December 10, 2018

DONALD H. HELLER,
A Law Corporation

/s/ *Donald H. Heller*

---
DONALD H. HELLER
Attorney for Defendant
Jorge Eguiluz

Dated: December 10, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ *Kevin C. Khasigian* by Donald H. Heller with Authorization

---
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
Attorney for the United States

3
**STIPULATION AND PROPOSED ORDER MODIFYING TRAVEL RESTRICTIONS**
**2:17-cr-00053-JAM**

I have read and understand this stipulation and the consequences of failing to appear in accordance with this order and promise and agree to comply with its terms.

Dated: December 10, 2018

JORGE EQUILUZ
Defendant

**[PROPOSED] ORDER**

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered that

1. The restrictions on travel previously imposed upon the defendant be modified to permit to and from the Mexico City, Country of Mexico through Phoenix, Arizona from his place of residence in Stockton, California from December 22, 2018 and returning to Stockton on January 3, 2019, for the purpose of a holiday visit with defendant Jorge Eguiluz's family residing in the Country of Mexico.

2. The United States Passport in the name of the Defendant, previously surrendered by the Defendant to the United States District Court, and presently in the possession of the Clerk of this Court, be delivered to the defendant in compliance with this Order at the Clerk's office during regular business hours; and

3. That said Passport be returned to the United States District Court Clerk in compliance with this Order no later than January 4, 2019.

Dated: December 10, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE