McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-053 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO AGREEMENT TO DEFER PROSECUTION |
| v. | |
| JORGE EGUILUZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jorge Eguiluz, as follows:

On March 9, 2019, the parties signed a formal agreement to defer prosecution of the indictment against the defendant until April 15, 2020. The agreement is attached hereto as Exhibit A.

The Speedy Trial Act, 18 U.S.C. § 3161, at subdivision (h)(2), excludes from computation of the time within which trial must commence "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

The parties agree and jointly request that the Court exclude time through April 15, 2020 pursuant to 18 U.S.C. § 3161(h)(2) so that Mr. Eguiluz may demonstrate his good conduct pursuant to the parties' deferred prosecution agreement.

The parties further stipulate and request that, in light of the agreement and this exclusion of time,

the Court vacate the trial presently scheduled for April 29, 2018 and set a control date for April 21, 2020 at 9:15 a.m.

IT IS SO STIPULATED.

Dated: March 9, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: March 9, 2019

/s/ Donald H. Heller
DONALD H. HELLER, ESQ.
Counsel for Defendant
JORGE EGUILUZ

(Original signature retained by attorney)

**ORDER**

The Court, having received, read, and considered the deferred prosecution agreement and the parties' stipulation, hereby orders the time from the date of this Order, up to and including April 15, 2020, excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(2) [prosecution deferred by mutual agreement], and Local Code L. It is further ordered that the April 29, 2019 trial and the current briefing schedule be vacated. A control date is set for April 21, 2020, at 9:15 a.m.

Dated: March 13, 2019

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A



U.S. DEPARTMENT OF JUSTICE

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
|---|---|
| Sacramento, CA 95814 | Fax 916/554-2900 |
| | TTD 916/554-2855 |

March 8, 2019

Donald H. Heller
3638 American River Drive
Sacramento, CA 95864

Re: *United States v. Jorge Eguiluz*, 17-cr-00053 JAM

Dear Mr. Heller:

This letter sets forth the terms of the deferred prosecution agreement between the United States and Jorge Eguiluz in the above-referenced matter as follows:

## DEFERRED PROSECUTION AGREEMENT

1. On April 6, 2017, defendant Jorge Eguiluz was charged by Indictment Number 17-CR-00053 with three counts of wire fraud, in violation of 18 United States Code, Section 1343, and one count of money laundering, in violation of 18 United States Code, Section 1957. After an investigation of these offenses, it appears that the interests of the United States, Mr. Eguiluz's interests, and the interests of justice will be served by the following agreement.

2. In exchange for the defendant entering into this deferred prosecution agreement, the United States Attorney's Office for the Eastern District of California will move to continue this matter and will defer prosecution against Mr. Eguiluz on the charges in the indictment until **April 15, 2020,** provided Mr. Eguiluz abides by the conditions and requirements set forth below and agrees to appear in court as directed should he violate any of the conditions. The parties agree that time under the Speedy Trial Act should be excluded from the date of this agreement through and including **April 15, 2020,** pursuant to 18 U.S.C. § 3161(h)(2) [prosecution deferred by mutual agreement], Local Code L.

3. Should Mr. Eguiluz violate any of the conditions of this agreement, the United States Attorney's Office has the sole discretion to revoke or modify any conditions of this deferred prosecution agreement. The United States Attorney's Office may, at any time up to and including April 15, 2020, reinitiate prosecution for the above-mentioned

1

offenses and any other offense arising out of conduct occurring between now and April 15, 2020 should the conditions of this agreement be violated. If the United States Attorney's Office decides to revoke, modify, or prosecute, the defendant will be furnished with notice specifying which conditions of this agreement have been violated.

4. If Mr. Eguiluz remains in compliance with all of the terms and conditions of this agreement until April 15, 2020, the United States Attorney's office will move to dismiss Case Number 17-CR-00053 against Mr. Eguiluz, and no other prosecution for the offense charged in this matter will be pursued.

## CONDITIONS

1. Jorge Eguiluz shall not violate any federal, state, or local law.

2. Jorge Eguiluz shall remain under continued pretrial supervision of the United States Pretrial Services in the Eastern District of California and is subject to all of the supervision's terms and conditions until the case is dismissed against him.

3. Jorge Eguiluz shall make full restitution to the victim company, which shall include the $239,914.01, said sum having been deposited into the Court's Deposit Fund pursuant to the order of the Honorable John A. Mendez, United States District Judge dated September 7, 2017, Doc. No. 63, and said shall be transferred and paid to said victim company in accordance with the Court's process for such payment.

## DEFENDANT'S ACKNOWLEDGEMENTS AND WAIVERS

I, Jorge Eguiluz, assert that I certify that I am aware that the Sixth Amendment to the United States Constitution provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I am also aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the court may dismiss an indictment for unnecessary delay in filing an indictment or in bringing a defendant to trial. I am also aware that under the Speedy Trial Act, Title 18, United States Code, Section 3161(c)(1), the court may dismiss an indictment if trial is not commenced within seventy days of the date of the filing of the information or the defendant's initial appearance before a judicial officer.

I hereby request that the United States Attorney's Office for the Eastern District of California defer prosecution of the charges in *United States v. Jorge Eguiluz*, Docket Number 17-CR-00053 JAM. I agree and consent that any delay caused by this deferred prosecution shall be deemed necessary delay, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights to a speedy trial under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the Constitution.

I hereby state that I have reviewed this agreement in its entirety and had it explained to me by my attorney. I understand the conditions of my deferred prosecution and agree that I will

comply with them. I have considered this Deferred Prosecution Agreement carefully and reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it.

No other promises or inducements have been made to me, other than those contained in this Agreement. In addition, no one has threatened or forced me in any way to enter into this Deferred Prosecution Agreement. Finally, I am satisfied with the representation of my attorney in this case.

DATED: 3-09-2019          By: _____
                              JORGE EGUILUZ
                              Defendant

I have read this Deferred Prosecution Agreement and have discussed it fully with my client. The Deferred Prosecution Agreement accurately and completely sets forth the entirety of the agreement. I concur in my client's decision to agree to the terms as set forth in this Deferred Prosecution Agreement and the exclusion of time as provided for in this agreement

DATED: 3-9-2019           By: _____
                              DONALD H. HELLER
                              Attorney for Jorge Eguiluz

I accept and agree to this Deferred Prosecution Agreement on behalf of the United States Attorney's Office for the Eastern District of California.

DATED: 3/12/2019

                              McGREGOR W. SCOTT
                              United States Attorney

                          By: _____
                              KEVIN C. KHASIGIAN
                              Assistant United States Attorney

3