DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Tel:  (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

ATTORNEYS FOR DEFENDANT
Jorge Eguiluz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.  2:17-cr-00053-JAM |
|---|---|
| Plaintiff, | |
| vs. | AMENDED STIPULATION TO MODIFYING TRAVEL RESTRICTIONS, TEMPORARY RELEASE OF PASSPORT AND ORDER |
| JORGE EGUILUZ, | |
| Defendant. | |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Kevin C. Khasigian, Esq., Assistant United States Attorney, and Donald H. Heller, Esq., counsel for defendant Jorge Eguiluz, that the restrictions on travel previously imposed upon the defendant be modified to permit the defendant to travel to and from the city of Mexico City, Country of Mexico from his place of residence in Stockton, California to the Country of Mexico, November 7, 2019 from SFO San Francisco International and returning to Stockton on November 17, 2019, for the purpose of defendant visiting with his family, including his elderly

1
**AMENDED STIPULATION AND ORDER MODIFYING TRAVEL RESTRICTIONS**
**2:17-cr-00053-JAM**

mother who live outside of Mexico City, Mexico. [**Exhibit A**], is the itinerary for said travel on United Airlines.

Defendant Eguiluz on December 11, 2018 was granted a similar order modifying his travel to and from Mexico, and the release of his passport by the Hon. Allison Claire, United States Magistrate Judge (**Doc. 139**).

The Court should note that the on March 9, 2019, the parties hereto, signed a formal agreement to defer prosecution of the indictment against the defendant until April 15, 2019 and an agreement to exclude time under the Speedy Trial Act. See **Doc. 152** [Stipulation to Exclude time and the Deferred Prosecution Agreement which is attached to **Doc 152** on filed **pages 5-7**]. The defendant is no longer subject to pretrial services supervision.

The defendant is aware of the Notice to Defendant Being Released executed by the defendant on April 10, 2017, remains in full force and effect, specifically that it is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release.

The defendant's United States Passport which is presently in the possession of the Clerk of this Court and it is Stipulated that the Clerk of this Court, deliver said passport to the defendant in compliance with this Order at the Clerk's office during regular business hours.

It is further Stipulated that the United States Passport in the name of the Defendant, be returned by the defendant to the United States District Court Clerk of this District in compliance with this Order no later than November 19, 2019.

**IT IS SO STIPULATED**.

Dated:   November 4, 2019                                    DONALD H. HELLER,
                                                             A Law Corporation

                                                             /s/ *Donald H. Heller*
                                                             _____
                                                             DONALD H. HELLER
                                                             Attorney for Defendant
                                                             Jorge Eguiluz

Dated:   November 4, 2019                                    MCGREGOR W. SCOTT
                                                             United States Attorney

                                                             /s/ *Kevin C. Khasigian* by Donald H. Heller with Authorization
                                                             _____
                                                             KEVIN C. KHASIGIAN
                                                             Assistant U.S. Attorney
                                                             Attorney for the United States

I have read and understand this stipulation and the consequences of failing to appear in accordance with this order and promise and agree to comply with its terms.

Dated:   November 4, 2019                                    /s/ *Jorge Eguiluz*
                                                             JORGE EGUILUZ
                                                             Defendant

### [PROPOSED] ORDER

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered that:

1. The restrictions on travel previously imposed upon the defendant be modified to permit defendant to travel from his home in Stockton, California through San Francisco International Airport to Mexico City, Mexico from November 7, 2019 and returning to Stockton on November 17, 2019, for the purpose of defendant

visiting with his family, including his elderly mother, who live outside of Mexico City, Mexico.

2. The United States Passport in the name of the Defendant, previously surrendered by the Defendant to the United States District Court, and presently in the possession of the Clerk of this Court, be delivered to the defendant in compliance with this Order at the Clerk's office during regular business hours on or after the date of this Order; and

3. That said Passport be returned to the United States District Court Clerk in compliance with this Order no later than November 19, 2019.

Dated:  November 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE