

FILED
DEC 27 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Tel: (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

ATTORNEYS FOR DEFENDANT
Jorge Eguiluz

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JORGE EGUILUZ,<br><br>　　　　　Defendant. | CASE NO. 2:17-cr-00053-JAM<br><br>AMENDED STIPULATION TO MODIFYING TRAVEL RESTRICTIONS, TEMPORARY RELEASE OF PASSPORT AND [PROPOS~~ED ORDER~~] |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Kevin C. Khasigian, Esq., Assistant United States Attorney, and Donald H. Heller, Esq., counsel for defendant Jorge Eguiluz, that the restrictions on travel previously imposed upon the defendant be modified to permit the defendant to travel to and from the city of Mexico City, Country of Mexico through Guadalajara , Mexico (see Attached itinerary **Exhibit A**) from his place of residence in Stockton, California. Departing from Sacramento International Airport

(SMF) on December 30, 2019 and returning to SMF on January 8, 2020, for the purpose of defendant visiting with his family, including his elderly mother who live outside of Mexico City, Mexico on Aeromexico Airlines.

On November 4, 2019, Magistrate Judge Kendall J. Newman granted a similar Order modifying Travel Restrictions, and Temporary Release of Passport (Doc. 232) and the defendant upon return surrendered his passport with the Clerk of this Court. (Doc. 238).

Defendant Eguiluz on December 11, 2018 was granted a similar order modifying his travel to and from Mexico, and the release of his passport by the Hon. Allison Claire, United States Magistrate Judge (**Doc. 139**).

The Court should note that the on March 9, 2019, the parties hereto, signed a formal agreement to defer prosecution of the indictment against the defendant until April 15, 2019 and an agreement to exclude time under the Speedy Trial Act. **Doc. 152).** The defendant is no longer subject to pretrial services supervision.

The defendant is aware of the Notice to Defendant Being Released executed by the defendant on April 10, 2017, remains in full force and effect, specifically that it is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release.

The defendant's United States Passport which is presently in the possession of the Clerk of this Court and it is Stipulated that the Clerk of this Court, deliver said passport to the defendant in compliance with this Order at the Clerk's office during regular business hours.

It is further Stipulated that the United States Passport in the name of the Defendant, be returned by the defendant to the United States District Court Clerk of this District in compliance with this Order no later than January 10, 2020.

**IT IS SO STIPULATED.**

Dated: December 27, 2019

DONALD H. HELLER,
A Law Corporation

/s/ Donald H. Heller
_____
DONALD H. HELLER
Attorney for Defendant
Jorge Eguiluz

Dated: December 27, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian by Donald H. Heller with Authorization
_____
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
Attorney for the United States

I have read and understand this stipulation and the consequences of failing to appear in accordance with this order and promise and agree to comply with its terms.

Dated: December 27, 2019

/s/ Jorge Eguiluz
JORGE EGUILUZ
Defendant

[~~PROPOSED~~] ORDER

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered that:

3
**STIPULATION AND PROPOSED ORDER MODIFYING TRAVEL RESTRICTIONS**
2:17-cr-00053-JAM

1. The restrictions on travel previously imposed upon the defendant be modified to permit defendant to travel to and from the city of Mexico City, Country of Mexico through Guadalajara, Mexico from his place of residence in Stockton, California. Departing from Sacramento International Airport (SMF) on December 30, 2019 and returning to SMF on January 8, 2020.

2. The United States Passport in the name of the Defendant, previously surrendered by the Defendant to the United States District Court, and presently in the possession of the Clerk of this Court, be delivered to the defendant in compliance with this Order at the Clerk's office during regular business hours on or after the date of this Order; and

3. That said Passport be returned to the United States District Court Clerk in compliance with this Order no later than January 10, 201920.

Dated: 12-27-19

Hon. Deborah Barnes
United States Magistrate Judge

---

4
**STIPULATION AND PROPOSED ORDER MODIFYING TRAVEL RESTRICTIONS**
2:17-cr-00053-JAM

- SMF to MEX : Fare Rules and Restrictions

## Flight overview

**Travel dates**
12/30/2019

**Itinerary #**

71002197224682

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Confirmation**
XAXBJT (Aeromexico)

**Ticket #**
1397483325678 (JORGE EGUILUZ)

Change or cancel this reservation

**You can still add cancellation, medical and baggage protection.**

Protect My Trip

Expires 24 hours after confirmation of flight booking

---

**Departure** Mon, Dec 30

Aeromexico 789

| **Sacramento (SMF)** | **Guadalajara (GDL)** |
| 11:50pm | 5:40am +1 day |
| **Terminal:** B | **Terminal:** 1 |
| | Arrives on Dec 31, 2019 |

**Cabin:** Economy / Coach (V)
3h 50m duration

---

1h 20m stop Guadalajara (GDL)

---

Aeromexico 251

**Guadalajara (GDL)**      **Mexico City (MEX)**
7:00am      8:25am
**Terminal:** 1      **Terminal:** 2

**Cabin:** Economy / Coach (V)

**EXHIBIT A- Travel Itinerary**

1h 25m duration

**Total duration**

6h 35m

## Flight overview

**Travel dates**
1/8/2020

**Itinerary #**

71002197224682

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Confirmation**
LQZOAL (Aeromexico)

**Ticket #**
1397483322493 (JORGE EGUILUZ)

Change or cancel this reservation

☐ **Return** Wed, Jan 8

Aeromexico 224

| **Mexico City (MEX)** | | **Guadalajara (GDL)** |
| 5:00pm | ☐ | 6:28pm |
| **Terminal:** 2 | | **Terminal:** 1 |

**Cabin:** Economy / Coach (Q)
1h 28m duration

☐ 1h 15m stop Guadalajara (GDL)

Aeromexico 788

**Guadalajara (GDL)** ☐ **Sacramento (SMF)**
7:43pm     10:05pm
**Terminal:** 1    **Terminal:** B

**Cabin:** Economy / Coach (Q)
4h 22m duration

**EXHIBIT A- Travel Itinerary**

**Total duration**

7h 5m

## Traveler(s)

**JORGE EGUILUZ**

No frequent flyer details provided

Update traveler details and make special requests. Please confirm all requests with your airline.

## Price summary

Flight 1: SMF to MEX

| | |
|---|---|
| Traveler 1: Adult | $376.60 |
|   Flight | $319.00 |
|   Taxes & Fees | $57.60 |
| Expedia Booking Fee | $6.05 |

Flight 2: MEX to SMF

| | |
|---|---|
| Traveler 1: Adult | $389.30 |
|   Flight | $286.00 |
|   Taxes & Fees | $103.30 |

**Total**      **$771.95**

All prices are quoted in USD.

## Additional information

Flight 1: SMF to MEX

This price includes a nonrefundable booking fee.

**Fare Rules and Restrictions**

Restrictions include:

- Airline assigns seats
- Bring a carry-on bag
- Pay to bring a checked bag
- No refund 24 hours after booking
- Changes not allowed
- Upgrades not allowed

**EXHIBIT A- Travel Itinerary**

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Please read the complete penalty rules for changes and cancellations applicable to this fare.

**Tickets are nonrefundable, nontransferable and name changes are not allowed.**

Please read important information regarding airline liability limitations.

Flight 2: MEX to SMF

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Please read the complete penalty rules for changes and cancellations applicable to this fare.

**Tickets are nonrefundable, nontransferable and name changes are not allowed.**

Please read important information regarding airline liability limitations.

## More help

Change or cancel this reservation.

Visit our Customer Support page.

Call Expedia Rewards gold Dedicated Customer Care at 1-866-539-4149 or 1-702-939-2635. For faster service, mention **itinerary #71002197224682**

## Complete your trip

**EXHIBIT A- Travel Itinerary**