McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00053 JAM |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| JORGE EGUILUZ, ET AL., | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and consistent with the Deferred Prosecution Agreement in this case (the DPA, *see*, ECF No. 152, Exh. "A"), the United States moves this Court for an order dismissing the indictment, without prejudice, against Defendant Jorge Eguiluz. The Defendant has fulfilled his obligations under the DPA, and the Pretrial Services Officer has informed the Government that the Defendant has been complying with his conditions. An unopposed motion to dismiss should be granted so long as it "is not clearly contrary to the manifest public interest." United States v. Gonzalez, 58 F.3d 459, 464 (9th Cir. 1995).

The United States and Defendant will submit separately a stipulation and proposed order directing payment of the $239,914 the Defendant previously deposited with the Clerk of Court (ECF No. 63) towards the restitution ordered in this case. The DPA, ECF No. 152, Exh. "A".

Dated: 6/25/2020                      McGREGOR W. SCOTT
                                      United States Attorney

                              By:     /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant U.S. Attorney

Motion to Dismiss; [Proposed] Order

1

McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053 JAM |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO DISMISS** |
| JORGE EGUILUZ, ET AL., | |
| Defendants. | |

**O R D E R**

The Government's motion to dismiss is granted. Fed. R. Crim. P. 48(a). As to defendant Jorge Eguiluz, the indictment is dismissed without prejudice.

The United States and Defendant shall file, within thirty (30) days from the date this Order is filed, a stipulation and proposed order directing payment of the $239,914 the Defendant previously deposited with the Clerk of Court towards the restitution ordered in this case.

IT IS SO ORDERED.

Dated:  6/25/2020                             /s/ John A. Mendez_____
                                              HONORABLE JOHN A. MENDEZ
                                              United States District Court Judge

Motion to Dismiss; [Proposed] Order                2