**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA 95825**
**Tel: (916) 974-3500**
**Fax: (916) 520-3497**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**Jorge Eguiluz**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:17-cr-00053-JAM** |
| **Plaintiff,** | |
| **vs.** | **STIPULATION TO RELEASE PASSPORT  ORDER** |
| **JORGE EGUILUZ,** | |
| **Defendant.** | |

IT IS HEREBY stipulated by and between the United States of America

through its undersigned counsel, Kevin C. Khasigian, Esq., Assistant United States

Attorney, and Donald H. Heller, Esq., counsel for defendant Jorge Eguiluz, that

based on the dismissal of the case against the defendant (ECF Doc.286), that the

defendant's passport in the possession of the Clerk of the Court, pursuant to Court

Order be released and ordered returned to the defendant and that the Clerk of the

Court is directed to provide said passport to the defendant. Upon presentation of the

Order to U.S. Protective Services/U.S. Marshal's Service, the defendant is

authorized to gain entry to the Courthouse and then proceed to the Clerk's Office to retrieve his passport.


**IT IS SO STIPULATED**.

Dated:    June 30, 2020                              DONALD H. HELLER,
                                                     A Law Corporation

                                                     /s/ *Donald H. Heller*
                                                     _____
                                                     DONALD H. HELLER
                                                     Attorney for Defendant
                                                     Jorge Eguiluz

Dated:    June 30, 2020                              MCGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ *Kevin C. Khasigian* by Donald H.
                                                     Heller with Authorization
                                                     _____
                                                     KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney
                                                     Attorney for the United States

### ORDER

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered:

    1.      That the defendant's passport in the possession of the Clerk of the Court, pursuant to Court Order be released and ordered returned to the defendant.

    2.      That the Clerk of the Court is directed to provide said passport to the defendant upon presentation of this Order; and

    3.      Upon presentation of this Order to U.S. Protective Services/U.S. Marshal's Service, the defendant is authorized to gain entry to the Courthouse and then proceed to the Clerk's Office to retrieve his passport.

**STIPULATION AND PROPOSED ORDER RELEASING**
**2:17-cr-00053-JAM**

1      IT IS SO ORDERED.

2

3    Dated:  June 30, 2020

4                                                    _____
                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER RELEASING**
**2:17-cr-00053-JAM**