DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Tel: (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

ATTORNEYS FOR DEFENDANT
Jorge Eguiluz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JORGE EGUILUZ,<br><br>　　　　Defendant. | CASE NO.  2:17-cr-00053-JAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE DATE TO FILE<br>STIPULATION RE: PAYMENT OF FUNDS |

　　　IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Kevin C. Khasigian, Esq., Assistant United States Attorney, and Donald H. Heller, Esq., counsel for defendant Jorge Eguiluz, that pursuant to the Order in(ECF Doc.286), that the date for filing, a Stipulation and Proposed Order, directing payment of the $239,914 the Defendant previously deposited with the Clerk of Court towards the restitution ordered in this case is continued from July 27, 2020, to September 10, 2020. The justification for said continuance is that the government's counsel and the defendant's counsel need to

1
**STIPULATION AND PROPOSED ORDER CONTINUING FILING DATE**
**2:17-cr-00053-JAM**

workout certain technical details for the stipulation and need additional time because of vacation and scheduling conflicts. No Court appearance is required.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated:   July 24, 2020 | DONALD H. HELLER,<br>A Law Corporation |
| | /s/ *Donald H. Heller* |
| | DONALD H. HELLER<br>Attorney for Defendant<br>Jorge Eguiluz |
| Dated:   July 24, 2020 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ *Kevin C. Khasigian* by Donald H. Heller with Authorization |
| | KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney<br>Attorney for the United States |

### ORDER

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered:

1. That the time for the United States and Defendant, to file a stipulation and proposed order directing payment of the $239,914 the Defendant previously deposited with the Clerk of Court towards the restitution ordered in this case, is hereby continued to September 10, 2020. No Court appearance is required.

IT IS SO ORDERED.

Dated: July 24, 2020         /s/ John A. Mendez
                             Hon. John A. Mendez
                             United States District Court Judge

2
**STIPULATION AND PROPOSED ORDER CONTINUING FILING DATE**
**2:17-cr-00053-JAM**