DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Tel: (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

ATTORNEYS FOR DEFENDANT
Jorge Eguiluz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. JORGE EGUILUZ, Defendant. | CASE NO. 2:17-cr-00053-JAM<br><br>STIPULATION AND ORDER TO CONTINUE DATE TO FILE STIPULATION RE: PAYMENT OF FUNDS |
|---|---|

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Kevin C. Khasigian, Esq., Assistant United States Attorney, and Donald H. Heller, Esq., counsel for defendant Jorge Eguiluz, that pursuant to the Order (ECF Doc. 286), that the date for filing, a Stipulation and Proposed Order, directing payment of the $239,914 the Defendant previously deposited with the Clerk of Court towards the restitution ordered in this case is continued from September 10, 2020, to September 24, 2020.  The justification for said continuance is that the government's counsel and the defendant's counsel need

to work out certain technical details for the stipulation and need additional time because of vacation and scheduling conflicts. No Court appearance is required.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: September 11, 2020 | DONALD H. HELLER,<br>A Law Corporation<br><br>/s/ *Donald H. Heller*<br>_____<br>DONALD H. HELLER<br>Attorney for Defendant<br>Jorge Eguiluz |
| Dated: September 11, 2020 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ *Kevin C. Khasigian*<br>_____<br>KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney<br>Attorney for the United States |

### ORDER

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered:

1. That the time for the United States and Defendant, to file a stipulation and proposed order directing payment of the $239,914 the Defendant previously deposited with the Clerk of Court towards the restitution ordered in this case, is hereby continued to September 24, 2020. No Court appearance is required.

IT IS SO ORDERED.

Dated: 9/11/2020                                     /s/ John A. Mendez_____
                                                              Hon. John A. Mendez
                                                              United States District Judge