McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
|---|---|
| Plaintiff, | **STIPULATION DIRECTING PAYMENT OF PREVIOUSLY DEPOSITED MONIES TOWARDS RESTITUTION; AND ORDER THEREON** |
| v. | |
| JORGE EGUILUZ, ET AL., | |
| Defendants. | |

By Order filed on June 26, 2020, the Court directed the United States and former defendant Jorge Eguiluz (Eguiluz) to submit a stipulation and proposed order directing payment of the $239,914 Eguiluz previously deposited with the Clerk of Court pursuant to a joint motion for deposit (JMD) [ECF No. 63] towards the restitution ordered in this case.

This Stipulation is based on the following grounds:

1. In April 2017, the United States indicted Eguiluz on charges of conspiracy to commit wire fraud, in violation of 18 U.S.C. §1349 in count 14 with co-defendants Timothy Chapin and Manuel Agueros [ECF No. 1, page. 10], wire fraud in counts 15, 16 and 17 in violation of 18 U.S.C. § 1343 with co-defendants Timothy Chapin and Manuel Agueros [*Id*. pp.12-13], and conspiracy to launder monetary instruments in connection with allegations that false invoices were submitted to various energy

1

Stipulation for Payment of Monies; Order

1. companies. *Id.* p.12.

2. In the same charging document, the United States also indicted Timothy Chapin and Manuel Agueros, along with Paul Fournier, Robert Lautenslager, and Jeffrey Reilley, for violations of the same or similar sections of the United States Code as to the same victims. *Id.* Eguiluz was not named as a defendant in the conspiracy in violation of 18 U.S.C. § 1349 in count 1 or in any other counts in the Indictment. *Id.* p.1.

3. Eguiluz voluntarily paid the Clerk of Court $239,914 in September 2017, pursuant to the JMD.

4. The Indictment did not identify Eguiluz as a co-defendant in the crimes alleged against the other five defendants, all of whom have resolved their cases and are subject to restitution orders.

5. Eguiluz was charged in counts 14, 15, 16 and 17, and the total loss attributed to him, and defendants Chapin and Agueros on the four counts, was $239,914. ECF 1 page 12, ¶ 12. As against Eguiluz, counts 14-17 were dismissed pursuant to the deferred prosecution agreement [DPA, ECF No. 152] between him and the United States by Order of this Court on June 26, 2020. ECF No. 286.

6. In accordance with the DPA and pursuant to this stipulation, Eguiluz relinquishes all of his interest in said $239,914.

Based on the foregoing, the United States and Eguiluz agree that Eguiluz's previously deposited $239,914 can and should be applied towards the full amount of restitution the Court has ordered in this case.

Respectfully submitted,

FOR THE UNITED STATES:

Dated: September 22, 2020

McGREGOR W. SCOTT
United States Attorney

By:   /s/ *Kevin C. Khasigian*
KEVIN C. KHASIGIAN
KURT A. DIDIER
Assistant U.S. Attorneys

FOR DEFENDANT JORGE EGUILUZ:

Dated: September 22, 2020

*Donald H. Heller for Jorge Eguiluz with permission*

JORGE EGUILUZ by his attorney Donald H. Heller with express permission

APPROVED AS TO FORM AND CONTENT:

Dated: September 22, 2020

/s/ *Donald H. Heller*
DONALD H. HELLER, ESQ.
Attorney for Defendant Jorge Eguiluz
(Signatures authorized by email)

# ORDER

The Court, having reviewed the court files and the Stipulation Directing Payment of Previously Deposited Monies Towards Restitution (the Stipulation) filed by the United States and Jorge Eguiluz, and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the Clerk of Court apply, within 30 days from the date this order is filed, the $239,914 Jorge Eguiluz previously deposited with the Clerk towards the full amount of restitution the Court has ordered in this case.

IT IS SO ORDERED.

Dated: September 22, 2020

HONORABLE JOHN A. MENDEZ
United States District Judge